UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-2100 MEMF (KS)                                         Date: April 18, 2023

Title   *Edward Dominik Alexis Acuna v. San Luis Obispo Parole Office*

Present: The Honorable:   Karen L. Stevenson, Chief Magistrate Judge

|                Gay Roberson                 |               N/A                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 18, 2022, Petitioner, a California state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus challenging a conviction in the San Luis Obispo County Superior Court.  (Dkt. No. 1.)  On February 13, 2023, Petitioner requested a stay of the action under *Rhines v. Weber*, 544 U.S. 269 (2005) (Dkt. No. 5), which the Court granted on February 27, 2023.  (Dkt. No. 19.)

As conditions of maintaining the stay and abeyance, the Court ordered Petitioner to file: (1) a habeas petition in the California Supreme Court fairly presenting his unexhausted claims for federal habeas relief; (2) a status report informing the Court of the case number of his state habeas petition in the California Supreme Court; (3) a status report every 30 days thereafter to update the Court on the ongoing status of his state habeas proceeding; and (4) a motion to lift the stay within 30 days after the California Supreme Court rules on Petitioner's state habeas petition.  (*Id.* at 4.)  The Court admonished Petitioner in bold letters "that the failure to comply with these instructions <u>will</u> result in the Court ordering the stay to be vacated *nunc pro tunc* and the action dismissed for failure to prosecute and comply with court orders."  (*Id.*)

To date, Petitioner has not filed any status reports, and the Court's review of Petitioner's publicly-available state court records does not reflect any new state habeas petition having been filed with the California Supreme Court.  *Available at* http://appellatecases.courtinfo.ca.gov (last visited on April 18, 2023).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 22-2100 MEMF (KS)                                      Date: April 18, 2023

Title     *Edward Dominik Alexis Acuna v. San Luis Obispo Parole Office*

    Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** no later than **May 9, 2023**, why this case should not be dismissed for his failure to prosecute and comply with the Court's prior Order.

    To discharge this Order and proceed with this action, Petitioner must file <u>one</u> of the following **on or before May 9, 2023**:

(1) a status report providing a case number and describing the current state of the relevant proceedings in state court; or
(2) a request for an extension of time that establishes good cause supported by competent evidence for Petitioner's failure to comply with the conditions of the stay and abeyance.

    Alternatively, if Petitioner no longer wishes to proceed with this case, he may file a signed document entitled "Notice of Dismissal" in which he requests the voluntary dismissal of this action without prejudice.

    **Petitioner is expressly cautioned that his failure to timely respond to this order will result in the Court vacating the stay *nunc pro tunc* and recommending dismissal of the action based on Local Rule 41-1 and Rule 41 of the Federal Rules of Civil Procedure.**

|                        | :      |
|------------------------|--------|
| **Initials of Preparer** | gr   |