UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DOMINIK ALEXIS ACUNA,<br><br>               Petitioner,<br><br>    v.<br><br>SAN LUIS OBISPO PAROLE OFFICE,<br><br>               Respondent. | NO. 2:22-cv-02100-MEMF-KS<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. The Court notes that nothing further has been filed by the Petitioner in response to the Magistrate Judge's Order to Show Cause (Dkt. No. 22) and no change of address has been filed since the Order to Show Cause to suggest that Petitioner did not receive the Order to Show Cause.

/ / /

/ / /

Accordingly, IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice for Plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

DATED: January 21, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE