JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DOMINIK ALEXIS ACUNA,<br><br>        Petitioner,<br><br>  v.<br><br>SAN LUIS OBISPO PAROLE OFFICE,<br><br>        Respondent. | NO. 2:22-cv-02100-MEMF-KS<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: January 21, 2025

                                              MAAME EWUSI-MENSAH FRIMPONG
                                              UNITED STATES DISTRICT JUDGE